UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:26-mc-00016-MRA-DMK Date: September 11, 2026
Title: *Uber Technologies, Inc. v. Location Based Technologies, Inc.*

---

Present: The Honorable **DIANA M. KWOK, U.S. MAGISTRATE JUDGE**

| K. Lozada | N/A |
|---|---|
| Deputy Clerk | Court Recorder: N/A |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER RESETTING HEARING DATE AND ORDERING DEFENDANT TO SHOW CAUSE WHY MOTIONS SHOULD NOT BE DENIED FOR FAILURE TO COMPLY WITH LOCAL RULE 37**

On August 24, 2026, movant Uber Technologies, Inc. moved to compel non-party Location Based Technologies, Inc.'s ("LBT Inc.") compliance with Rule 45 subpoenas. Movant noticed the motion for hearing on September 15, 2026.

However, the Motion appears to suffer from a defect. Namely, the Motion was not filed in the form of a joint stipulation as required for all discovery motions by Local Rule 37-2. Further, the Motion was not accompanied by a declaration establishing that opposing counsel failed to confer or cooperate in the preparation of a joint stipulation. Thus, it appears that under Local Rule 37-4, the Court should not consider the Motion and instead deny it without prejudice.

Accordingly, Movant is hereby ordered to show cause, on or before September 14, 2026, at 3:00 PM, why the discovery motion should not be denied for failure to comply with Local Rule 37. *See* Local Rules 37-1, 37-2.4; *see also Pina v.* Lewis, 717 F. App'x 739, 740 (9th Cir. 2018) (holding district court may properly deny "a motion to compel for failing to comply with local rules"). If Movant withdraws the motion on or before September 14, 2026, the order to show cause will be discharged.

**IT IS SO ORDERED.**

Initials of Preparer kl